FILED
CLERK, U.S. DISTRICT COURT

NOV 2 1 2022

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No.:  CR 08-14-JWH
                                )
                   Plaintiff,   )
                                )
        vs.                     )   ORDER OF DETENTION AFTER HEARING
                                )   [Fed.R.Crim.P. 32.1(a)(6);
QUINCY DARRELL                  )    18 U.S.C. 3143(a)]
CLEGG                           )
                   Defendant.   )
_____)

The defendant having been arrested in this District pursuant to

a warrant issued by the United States District Court for the

Central Dist., cA   for alleged violation(s) of the terms and

conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to

Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)  The defendant has not met his/her burden of establishing by

clear and convincing evidence that he/she is not likely to flee

if released under 18 U.S.C. § 3142(b) or (c).  This finding is

based on  allegation of not reporting to P.O.

of changing residence yo reporting

and/or

B.   (X)   The defendant has not met his/her burden of establishing by

clear and convincing evidence that he/she is not likely to pose

a danger to the safety of any other person or the community if

released under 18 U.S.C. § 3142(b) or (c).  This finding is based

on: _Conviction sustained while on supervised release_

IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated: _____11/21/22_____


_____
UNITED STATES MAGISTRATE JUDGE